UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| ALFONSO COELLO-VASQUEZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal No. 05-30-B-W |
| | ) | |
| UNITED STATES OF AMERICA, | ) | Civil No. 06-127-B-W |
| | ) | |
| Defendant. | ) | |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objections having been filed to the Magistrate Judge's Recommended Decision filed March 27, 2007, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's 28 U.S.C. § 2255 Petition be and hereby is DISMISSED (Docket # 5).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 18th day of April, 2007